**No. 65608.**—Daniel F. Young, Inc., and M. Adler's Son, Inc. *v.* United States, protest 60/25269(A) (New York).

Opinion by WILSON, J. The protest was dismissed.

**No. 65609.**—UHU Products Corp. *v.* United States, protest 60/26537 (New York).

Opinion by WILSON, J. The protest was dismissed.

**No. 65610.**—L. A. Ferm Company, Inc. *v.* United States, protest 60/26579 (New York).

Opinion by WILSON, J. The protest was dismissed.

BEFORE THE SECOND DIVISION, MAY 11, 1961

**No. 65611.**—Florea & Co., Inc. *v.* United States, protest 59/10254 (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), and the record showing that the merchandise consists of knit nylon gloves similar in use to cotton gloves, the claim of the plaintiff was sustained.